UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:04CV1449-SNL ) |
| R&R CONTRACTING, INC., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that all pending motions relating to this case are moot as a result of this dismissal.

Dated this ___16th___ day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE